IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DARNELL ALLEN BROWDER and<br>DARRYL KEITH BROWDER,<br><br>    Plaintiffs,<br><br>vs.<br><br>SON CAM, ESTATE OF SEAN<br>WISSINK, and CITY OF<br>DES MOINES,<br><br>    Defendants. | )<br>)<br>)   No. 4:04-cv-00630-REL-RAW<br>)<br>)<br>)<br>)<br>)   **SPECIAL VERDICT FORM NO. 1**<br>)   (DARNELL BROWDER)<br>)<br>)<br>)<br>) |

We, the jury, find the following special verdicts on the issues submitted to us:

**Question No. 1**: Did plaintiff Darnell Browder prove his excessive force claim, as explained in Instruction No. 7 against defendants Cam or Wissink? Please answer "yes" or "no."

**Answer**: _No_

(Answer the next question only if you answered "yes" to Question No. 1. If you answered "no," do not answer any further questions. The foreperson should sign and date the verdict form.)

**Question No. 1(a)**: If you answered "yes" to Question No. 1, against which defendants did plaintiff Darnell Browder prove his excessive force claim. Specify by marking an "x" by the name of each defendant against whom plaintiff Darnell Browder proved this claim.

**Answer**:    Defendant Cam            _____

              Defendant Wissink        _____


(Answer the next question.)

PAGE TWO OF SPECIAL VERDICT FORM NO. 1

**Question No. 2**: We, the jury, award damages to plaintiff Darnell Browder as follows. If you find no damages for an item enter "0."

**Answer**:

| | | |
|---|---|---|
| 1. | Physical, mental and emotional pain and suffering | $_____ |
| 2. | Lost wages | $_____ |
| | TOTAL | $_____ |

(Answer the next question if you marked an "x" by the name of defendant Cam in answer to Question No. 1(a).)

**Question No. 3**: Do you find that punitive damages should be awarded against defendant Cam. Please answer "yes" or "no."

**Answer**: _____

(Answer the next question only if you answered "yes" to Question No. 3. If you answered "no," do not answer the next question. The foreperson should sign and date the verdict form.)

**Question No. 4**: If you answered "yes" to Question No. 3, what amount of punitive damages do you assess against defendant Cam.

**Answer**: $_____

(Sign and date the verdict form).

_[signature]_
FOREPERSON

4/22/2008      16:26
DATE AND TIME